U.S. DISTRICT Court of Middle Florida
office of the clerk: Hon chief Judge
401 w. Central Blud # 1200 Orlando, Fl 3280l
November 2, 2023

Jin Hee Yi
a petitioner

V.

Dept of Justice
Respondent

under 42 u.s.c. 1983
a civil Rights action
own solely
a Complaint by Federal
or the law of the State
For injury

a settle. a conclusions of laws. immediate, determination in forma pauperis supreme court Rule 29 suffices. corporations stock 50% own filing service of documents, any document required or permitted sufficient. good.Know. condon

Tax payer Damage or no discrimination by Jury a writ of attachment garnishment an owner ship amount of damage is $ ~~Twenty millions dollars~~ I am injured To Redress Required and citizenship papers. Bargain and safe

a claim by Jin Hee Yi

a new Reason by no Roach or bed Bug in Room of apartment and ~~Elevator no runing more than six months~~ now working a writ of Attachment garnishment an ownership amount of damages is $ ~~one million dollars~~. I am injured To Redress Required and citizenship papers Bargain and safe

a claim by Jin Hee Yi

"merser" an amended
a Relief
a Forth with

name: Jin Hee Yi
address: 2629 w 8th #312
Los Angeles, CA 90057

Date: November 2, 2023

A notice of appeal

U.S. DISTRICT COURT OF THE ~~Central~~ Middle DISTRICT
OF ~~California~~ Florida
November 2, 2023

Jim Hee Yi
A petitioner

V. Respondent
DEPT OF JUSTICE

a notice of Appeal
Docket No:

Notice: a party:

name: Jim Hee Yi

Address: 2628 W 8th st #312
Los Angeles, CA 90057

Date: November 2, 2023

a writ of certiorari
an appropriated
am immediately
a within Ten days
     The last day of Filing

a covenant
a decision
a determination
a conclude
a no more

Continuing

a Teaching

Bargain
and
Sale

a Rehearing
a Relief
a granted
an amended
a conclude

a Judgment, a reviewed

a good cause, a good Fait

a Reversal

a Jurisdiction To Supreme Co
     urt courts, Congress

I will Conduct myself

I believe that I am entitled To Redress

a settle, a conclusions of Laws, immediate. determination
in forma pauperis supreme court Rule 29
suffices, Corporations stock 50% own
filing service of documents, any document
Required or permitted, sufficient, good. Know. Condon